AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Southern District of Florida | |
|---|---|---|---|
| Name *(under which you were convicted)*:<br>Amber Louise Justus | | | Docket or Case No.:<br>4:23-cr-40024-KES |
| Place of Confinement:<br>FCI Hazelton | | Prisoner No.:<br>49085-510 | 4:25-cv-4148 |
| UNITED STATES OF AMERICA<br><br>V. | | Movant *(include name under which convicted)*<br>Amber Louise Justus | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the District of South Dakota, Southern Division
   400 S Phillips Ave
   Sioux Falls, SD 57104

   (b) Criminal docket or case number (if you know):  4:23-cr-40024-KES

2. (a) Date of the judgment of conviction (if you know):  7/30/2024

   (b) Date of sentencing:  7/29/2024

3. Length of sentence:  168 months imprisonment; 5 years supervised release.

4. Nature of crime (all counts):
   Accessing child pornography with intent to view in violation of 18 U.S.C. § 2252(a)(4)(B)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐          (2) Guilty ☑          (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   Not Applicable.

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☑     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9.  If you did appeal, answer the following:

    (a) Name of court:  United States Court of Appeals for the Eighth Circuit

    (b) Docket or case number (if you know):  24-2635

    (c) Result:  Appeal was dismissed.

    (d) Date of result (if you know):  10/30/2025

    (e) Citation to the case (if you know):  Citation to the case:Not available.

    (f) Grounds raised:

    The direct appeal was dismissed upon the United States' motion, presumably based on the appeal waiver contained in the plea agreement.

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:  Not Applicable.
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:      Yes ☐      No ☐

(2)   Second petition:   Yes ☐      No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Movant was denied the effective assistance of counsel guaranteed by the Sixth Amendment, rendering her guilty plea Unknowing, Involuntary, and Unintelligent

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As will be explained in greater detail in the forthcoming Memorandum in Support, Movant's decision to plead guilty was not knowing, intelligent, and voluntarily made as a result of counsel's deficient performance during the pre-trial, cooperation, and plea phase, when Counsel:

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

This issue was not raised on direct appeal. This claim of ineffective assistance of counsel relies on facts outside the trial record, including private attorney-client communications concerning the investigation, cooperation, and

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☑  This is the first opportunity to raise the claim as ineffective assistance of counsel is best addressed in a § 2255 motion, not on direct appeal. See Massaro, 538 U.S. at 504

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):   _____

Date of the court's decision:   _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Movant was denied the effective assistance of counsel guaranteed by the Sixth Amendment during the critical Sentencing Phase.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

As will be explained in greater detail in the forthcoming Memorandum in Support, Movant was denied her Sixth Amendment right to the effective assistance of counsel during the sentencing phase when Counsel

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

_____

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

    (b)  **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

               Yes☐        No☐

        (2)  If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

               Yes☐        No☐

        (2)  If you answer to Question (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

               Yes ☐       No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

               Yes ☐       No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

               Yes☐        No ☐

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:**  _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?
     Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?
     Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
     Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?      Yes ☐          No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Tierney C. Scoblic; Fuller, Williamson, Nelsen & Preheim, LLP; 7521 South Louise Avenue; Sioux Falls, South

(b) At the arraignment and plea:

Tierney C. Scoblic; Fuller, Williamson, Nelsen & Preheim, LLP; 7521 South Louise Avenue; Sioux Falls, South

(c) At the trial:

N/A

(d) At sentencing:

Tierney C. Scoblic; Fuller, Williamson, Nelsen & Preheim, LLP; 7521 South Louise Avenue; Sioux Falls, South

(e) On appeal:

Tierney C. Scoblic; Fuller, Williamson, Nelsen & Preheim, LLP; 7521 South Louise Avenue; Sioux Falls, South

(f) In any post-conviction proceeding:

None

(g) On appeal from any ruling against you in a post-conviction proceeding:

None

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐          No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐          No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐          No ☐

AO 243 (Rev. 09/17)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Movant only recently discovered, through his own independent research, that he had the right to appeal, including the right to court-appointed counsel and the ability to proceed without payment of fees. Counsel' s failure to inform Movant of these rights constitutes extraordinary circumstances that justify equitable tolling of the statute of limitations. Movant acted promptly upon learning of these rights by preparing and filing this § 2255 motion

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
Vacate the Judgment of conviction and set the matter for further poceedings.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____7/23/2025_____ .

(month, date, year)

Executed (signed) on _____7/23/2025_____ (date)

_Amber Louise Justus_
Amber Louise Justus (Pro/Se Movant)
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



FOR UPS SHIPPING ONLY

DISTRICT OF SOUTH DAKOTA
400 S PHILLIPS AVE
SIOUX FALLS SD 57104

S: NORTH
P: RED
21XX - 2580
6025

MS AMBER JUSTUS REG: 49085-510
555555555
FCI HAZELTON
PO BOX 5000
BRUCETON MLS  WV 26525

0.1 LBS LTR

SHIP TO:
UNITED STATES DISTRICT COURT CLERK
DISTRICT OF SOUTH DAKOTA
400 S PHILLIPS AVE
SIOUX FALLS SD 57104-6848

SD 571 9-01

UPS 2ND DAY AIR
TRACKING #: 1Z 84R V87 02 0128 6025

BILLING: 3RD PARTY

XOL 25.08.01      NV45 31.0A 08/2025*

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

UPS Ground
UPS Standard
UPS 3 Day Select®

Serving you for more than 110 years
United Parcel Service.®

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195103  5/21  PAC  United Parcel Service

**Extremely Urgent**

Express

