UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| AMBER LOUISE JUSTUS,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:25-CV-04148-KES<br><br>MOTION TO SEAL |

The United States of America, by and through Assistant United States Attorney Kathryn N. Rich, hereby moves the Court for an order to seal the Affidavit of Tierney C. Scoblic and the attached exhibits as the documents contain confidential information.

Dated this 18th day of September, 2025.

ALISON J. RAMSDELL
UNITED STATES ATTORNEY

By: _____
*for* Kathryn N. Rich
Assistant U.S. Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
Phone: 605-342-7822
Kathryn.Rich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, a true and correct copy of the *Motion to Seal* and proposed *Order Granting Motion to Seal* was served upon the petitioner as follows:

Amber Justus
Reg. No. 49085-510
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26252

By: _____
*for* Kathryn N. Rich
Assistant U.S. Attorney